The application is denied. There appears no error of law in the judgment complained of.

230 So.2d 89

**The SUPERIOR OIL COMPANY**

v.

**HUMBLE OIL & REFINING COMPANY, Inc. and The California Company.**

**No. 50206.**

Jan. 20, 1970.

In re: The Superior Oil Company applying for certiorari or writ of review, to the

Court of Appeal, Fourth Circuit, Parish of Orleans. 226 So.2d 565.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

230 So.2d 89

**STATE of Louisiana**

v.

**Sylvester McGEE, J. T. Thomas and Leonard Prim.**

**No. 50289.**

Jan. 20, 1970.

In re: State of Louisiana applying for writ of certiorari.

Writ granted. See order.

The petition of relator in the above numbered and entitled cause having been duly considered,

It is ordered, that the Honorable Enos C. McClendon, Jr., Judge of the 26th Judicial District Court, Parish of Webster, recall and dismiss his ruling allowing the named defendants to remain in the spectator sec-

tion of the Courtroom and that these defendants be ordered to take their place alongside their counsel inside the rail in the Courtroom.

·It is further ordered, that in the event the respondent judge fails to comply with the aforesaid order on or before February 2, 1970, that a writ of certiorari issue herein directing the respondent judge to transmit to the Supreme Court of Louisiana the record in duplicate or a certified copy of the record in duplicate in this proceeding and that said judge show cause in this Court on April 2, 1970, why the petition of relator should not be granted.